AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

VALCO CONTRACTING, INC.
  a/k/a Valco Contracting
GUS VALANTASIS

CASE NUMBER:

TO: (Name and address of Defendant)

GUS VALANTASIS
3077 Nationwide Parkway
Brunswick, OH  44212

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

APR 2 5 2006

DATE

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**      **DISTRICT OF COLUMBIA**

Case No.: 1:06CV00759

International Painters and Allied Trades Industry
Pension Fund

vs

Valco Contracting, Inc., et al.

SERVICE OF PROCESS ON: **Gus Valantasis**

I, _George H. Veselenik_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: May 11, 2006
Place of Service: 3077 Nationwide Parkway - Brunswick, Ohio
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

X By handing to defendant personally.
___ By hand delivering to an adult resident of defendant's residence.
    Name & Relationship: _____

Description of Person Receiving Documents: Male/Female   Skin Color CA
                                            Hair Color GRAY   Age 50's Hgt 5'9 Wgt 146

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____      05-11-06
Signature of Server              Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106            215-922-6700