AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

VALCO CONTRACTING, INC.
  a/k/a Valco Contracting
GUS VALANTASIS

CASE NUMBER   1:06CV00759

CASE 1   JUDGE: John D. Bates

DECK TYPE: Labor/ERISA (non-employmer

DATE STAMP: 04/█/2006

TO: (Name and address of Defendant)

VALCO CONTRACTING, INC.
  a/k/a Valco Contracting
3077 Nationwide Parkway
Brunswick, OH  44212

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within ⎡twenty (20)⎤ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                APR 2 5 2006

CLERK                                     DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

Case No.: 1:06CV00759

International Painters and Allied Trades Industry
Pension Fund

vs

Valco Contracting, Inc., et al.

SERVICE OF PROCESS ON: **Valco Contracting, Inc. a/k/a Valco Contracting**

_George H. Vesclenik_ , undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: _May 11, 2006_
Place of Service: _3077 Nationwide Parkway, Brunswick, Ohio_
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

X By hand delivering to an officer, manager or person in charge of defendant business.
Name & Title: _Gus Valantasis - Owner_

Description of Person Receiving Documents: Male/Female_ Skin Color_ C.  _
Undersigned declares under penalty of perjury that the foregoing is true and correct

_____     _05-11-06_
Signature of Server     Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106

215-922-6700