IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 06-00759(JDB) |
| v. | ) ) |
| VALCO CONTRACTING, INC., *et al.* | ) ) |
| Defendants. | ) |

## MOTION TO EXTEND TIME TO FILE ANSWER

Plaintiff, by its undersigned counsel, moves for an extension of time for Defendants to file a responsive pleading and in support thereof represents the following:

1. The Complaint in the above captioned action was filed on April 25, 2006.

2. Responsive pleadings are due on or before May 31, 2006.

3. The parties have entered into settlement negotiations in an attempt to resolve this matter without further litigation.

4. The undersigned counsel believes that it would be in the interest of justice and conservation of judicial resources to allow the parties to settle this matter without further litigation.

WHEREFORE, Plaintiff prays this Honorable Court to grant an extension to June 30, 2006 for all Defendants to file a responsive pleading.

                      Respectfully submitted,

                      JENNINGS SIGMOND, P.C.

                  BY: s/Sanford G. Rosenthal
                      SANFORD G. ROSENTHAL Bar No. 48737
                      The Penn Mutual Towers, 16th Floor
                      510 Walnut Street
                      Philadelphia, PA 19106-3683
                      (215) 351-0611
                      Attorney for the Fund

Dated: May 31, 2006

168612-1

OF COUNSEL:

SHANNA M. CRAMER, ESQUIRE
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0674