IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 06-00759(JDB) |
| v. | )<br>) |
| VALCO CONTRACTING, INC., *et al.* | )<br>)<br>) |
| Defendants. | ) |

## ORDER

UPON consideration of the Motion to Extend Time to File Answer, IT IS HEREBY ORDERED that an extension to June 30, 2006 is hereby granted to all Defendants.

BY THE COURT:

_____
JOHN D. BATES                                    J.
United States District Judge

Dated: _____

Copies of this Default Judgment shall be sent to:

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Michael A. Thomas, Esquire
1154 Linda Street, Suite 250
Rocky River, Ohio 44116

168612-1