IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>　　　　　　Plaintiff,<br>v.<br><br>VALCO CONTRACTING, INC., *et al.*<br><br>　　　　　　Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO. 06-00759(JDB)<br>)<br>)<br>)<br>)<br>) |

## SECOND MOTION TO EXTEND TIME TO FILE ANSWER

Plaintiff, by its undersigned counsel, moves for an extension of time for Defendants to file a responsive pleading and in support thereof represents the following:

1. The Complaint in the above captioned action was filed on April 25, 2006.

2. Responsive pleadings are due on or before June 30, 2006.

3. The parties have entered into settlement negotiations in an attempt to resolve this matter without further litigation.

4. The undersigned counsel believes that it would be in the interest of justice and conservation of judicial resources to allow the parties to settle this matter without further litigation.

WHEREFORE, Plaintiff prays this Honorable Court to grant an extension to July 28, 2006 for all Defendants to file a responsive pleading.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JENNINGS SIGMOND, P.C.

　　　　　　　　　　　　　BY: _s/Sanford G. Rosenthal_
　　　　　　　　　　　　　　　　SANFORD G. ROSENTHAL Bar No. 48737
　　　　　　　　　　　　　　　　The Penn Mutual Towers, 16th Floor
　　　　　　　　　　　　　　　　510 Walnut Street
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-3683
　　　　　　　　　　　　　　　　(215) 351-0611
　　　　　　　　　　　　　　　　Attorney for the Fund

Dated: July 6, 2006

169852-1

OF COUNSEL:

SHANNA M. CRAMER, ESQUIRE
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0674