IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br>v.<br><br>VALCO CONTRACTING, INC., *et al.*<br><br>Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO. 06-00759(JDB)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.


BY: /s/   Sanford G. Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Attorneys for the Fund

Date: August 4, 2006

170855-1