## **CERTIFICATE OF SERVICE**

    I, Sanford G. Rosenthal, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

Michael A. Thomas, Esquire
Attorney at Law
1154 Linda Street, Suite 250
Rocky River, Ohio 44116

Date: August 4, 2006              /s/      Sanford G. Rosenthal
                                                                 SANFORD G. ROSENTHAL, ESQUIRE